IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

17 DEC 28 PM 3:54

| | | |
|---|---|---|
| WESLEY PERKINS, | § | |
|     PLAINTIFF, | § | |
| | § | |
| V. | § | |
| | § | |
| WHITNEY BREWSTER; G.W. IVEY; | § | CAUSE NO. 1:17-CV-1173-LY |
| BELL COUNTY, TEXAS; CITY OF | § | |
| BELTON; AND REYWENDY | § | |
| MORILLO, | § | |
|     DEFENDANTS. | § | |

## ORDER

**IT IS HEREBY ORDERED** that all pending and future nondispositive motions in this case are **REFERRED** to United States Magistrate Andrew Austin for resolution. *See* 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72; Loc. R. W.D. Tex. App. C, R. 1(c).

**IT IS FURTHER ORDERED** that all pending and future dispositive motions are **REFERRED** to United States Magistrate Judge Andrew Austin for Report and Recommendation. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72; Loc. R. W.D. Tex. App. C, R. 1(d).

SIGNED this 28th day of December, 2017.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE